

Nieman    Fellowships    Reports    Lab    Storyboard

Nieman Foundation at Harvard

# EXHIBIT A

## NiemanLab

ABOUT  🐦 f ✉ Q    **SUBSCRIBE**

BUSINESS MODELS   MOBILE   AUDIENCE   AGGREGATION   REPORTING

TRANSLATIONS   **FUEGO**

REAL NEWS ABOUT FAKE NEWS



# People who are delusional, dogmatic, or religious fundamentalists are more likely to believe fake news

Plus: "Women over 65 years write very rude things on the internet."

*By* **LAURA HAZARD OWEN**    @laurahazardowen    May 4, 2018, 8:58 a.m.

> The growing stream of reporting on and data about fake news, misinformation, partisan content, and news literacy is hard to keep up with. This weekly roundup offers the highlights of what you might have missed.

**People prone to psychosis are also more likely to believe fake news.** Is there a certain kind of person who is more likely to believe fake news? Yes: "Belief in fake news was associated with increased endorsement of delusion-like ideation," according to a working paper from Yale's Michael Bronstein, Gordon Pennycook, Adam Bear, Tyrone Cannon, and David Rand, presented at the recent



**Yes, it's worth arguing with science deniers — and here are some techniques you can use**

LAURA HAZARD OWEN



**The Associated Press and Google are building a tool for sharing more local news — more quickly**

CHRISTINE SCHMIDT



**Here's The Correspondent's budget for its English-language expansion**

CHRISTINE SCHMIDT



**People prone to psychosis are also more likely to believe fake news.** Is there a certain kind of person who is more likely to believe fake news? Yes: "Belief in fake news was associated with increased endorsement of delusion-like ideation," according to a working paper from Yale's Michael Bronstein, Gordon Pennycook, Adam Bear, Tyrone Cannon, and David Rand, presented at the recent Schizophrenia International Research Conference.

From the paper:

> Two studies with over 1,000 participants suggested that individuals who endorse delusion-like ideas (e.g., thinking that people can communicate telepathically), as well as dogmatic individuals and religious fundamentalists, are more likely to believe fake news.
>
> These studies also suggested that two related forms of thinking may protect against belief in fake news: The first, actively open-minded thinking, involves the search for alternative explanations and the use of evidence to revise beliefs. The second, analytic thinking, involves deliberate thought processes that consume memory resources.
>
> Reduced engagement in these forms of thinking partially explained the increased belief in fake news among individuals who endorsed delusion-like ideas, and fully explained increased belief in fake news among dogmatic individuals and religious fundamentalists. These results imply that existing interventions designed to increase actively open-minded and analytic thinking might be leveraged to help prevent the deleterious effects of belief in fake news.

The researchers used Mechanical Turk to study two groups of 500 people. They were asked to rate the accuracy of 12 fake news headlines as well as a set of real news headlines, and were also tested on four other measures: a shortened version of the actively openminded thinking scale, a measure of dogmatism ("The things I believe in are so completely true, I could never doubt them"), a measure of religious fundamentalism ("The basic cause of evil in this world is Satan, who is still constantly and ferociously fighting against God"), and the Peters et al. Delusion Inventory (questions like "Do you ever feel as if there is a conspiracy against you?") And they took the cognitive reflection test. Participants in the second group of people also took two additional tests.

It turns out that people who "endorse delusion-like ideation" are more likely to believe fake news — as are "dogmatic individuals and religious fundamentalists." "The vulnerability of these individuals to belief in fake news was fully explained by their tendency to engage in less analytic and actively open-minded thinking…" the



**Habit formation: How The Wall Street Journal turned user-level data into a strategy to keep subscribers coming back**

ANNE POWELL, JOHN WILEY, AND PETER GRAY



**TV is still the most common way for Americans to get local news, but fewer people are watching**

LAURA HAZARD OWEN

And they took the cognitive reflection test. Participants in the second group of
people also took two additional tests.

It turns out that people who "endorse delusion-like ideation" are more likely to
believe fake news — as are "dogmatic individuals and religious fundamentalists."
"The vulnerability of these individuals to belief in fake news was fully explained by
their tendency to engage in less analytic and actively open-minded thinking..." the
authors write. "The present studies suggest that delusion-prone and dogmatic
individuals, as well as religious fundamentalists, are more likely than others to
believe fake news in large part because they exhibit reduced analytic and actively
open-minded thinking. This suggestion points to potential interventions that may
keep individuals from falling for fake news and lays the groundwork for future fake
news research."

It seems as if this paper could cause a lot of people to...get very angry very fast. I
asked Rand to go over the biggest caveats with me — what he thinks people should
definitely keep in mind before drawing big conclusions. Here's his email back to
me:

> **(i) Correlation vs causation** — We definitely can't (and aren't trying) to say
> that being delusional, dogmatic, or a religious fundamentalist causes you to
> believe fake news. What we definitely are saying is that these things tend to
> co-occur. In terms of what causes what, we can't say anything definitive. What
> we do is provide circumstantial (correlational mediation) evidence that
> supports a story whereby being less open-minded/reflective leads
> simultaneously to all of these things — delusionality, believing fake news,
> being dogmatic, and being a religious fundamentalist — and explains some/all
> of why they are correlated with each other.
>
> (ii) **The size of the correlations isn't huge.** That is, it's not like "Oh, you
> scored highly on the delusionality scale, so that means you'll believe all fake
> news headlines" or "oh, you are a religious fundamentalist, so you'll believe all
> fake news headlines." But at the same time, the correlations aren't nothing.
>
> To give a sense of the size of these relationships, see these plots which show
> accuracy ratings of fake news stories among the bottom 20 percent versus
> top 20 percent of scorers on delusionality, dogmatism, and religious
> fundamentalism. You'll see that (a) even from the most
> delusional/dogmatic/fundamentalism subjects, a majority of ratings say fake
> news is inaccurate (i.e., the proportion of ratings which are 'Not at all
> accurate' or 'not very accurate' is greater than 0.5 in all cases); but (b) the
> most delusional subjects are twice as likely as the least delusional subjects to
> rate fake news stories as Very Accurate (and 50 percent more likely to rate
> fake news stories as 'Somewhat accurate' or 'Very accurate.')

Document title: People who are delusional, dogmatic, or religious fundamentalists are more likely to believe fake news » Nieman Journalism Lab
Capture URL: https://www.niemanlab.org/2018/05/people-who-are-delusional-dogmatic-or-religious-fundamentalists-are-more-likely-to-believe-fake-news/#disqus_thread
Capture timestamp (UTC): Fri, 28 Jun 2019 13:45:32 GMT                                                                                     Page 3 of 9

accurate' or 'not very accurate' is greater than 0.5 in all cases); but (b) the
most delusional subjects are twice as likely as the least delusional subjects to
rate fake news stories as Very Accurate (and 50 percent more likely to rate
fake news stories as 'Somewhat accurate' or 'Very accurate.')





0.6

Document title: People who are delusional, dogmatic, or religious fundamentalists are more likely to believe fake news » Nieman Journalism Lab
Capture URL: https://www.niemanlab.org/2018/05/people-who-are-delusional-dogmatic-or-religious-fundamentalists-are-more-likely-to-believe-fake-news/#disqus_thread
Capture timestamp (UTC): Fri, 28 Jun 2019 13:45:32 GMT                                                                                    Page 4 of 9



**"Misogyny is both the input and output that keeps the fake news industry afloat."** For Refinery 29, Nicola Pardy argues that "the use of women's imagery in the fake news industry points to a...system of gender-based degradation." I'm not totally convinced by the stories presented here — I'm not sure misogyny is *worse* in this environment than it is elsewhere, and this story didn't convince me otherwise — but I am fascinated by how gender and misogyny play into the creation and spread of, and our conversations about, misinformation, and I'd love to see more research into it.

**The Nordic way.** The Nordic Council of Ministers released "Fighting Fakes — The Nordic Way," a report on what Scandinavian countries can do (building on a meeting in Copenhagen last fall). I was struck by how much gender factors into the report. From the intro, for instance: "In many decades in the Nordic countries, we have developed a system of self-regulation for the media and an environment of trust. However, this system would start to erode if we lower our guard to protect gender, and we need to make sure everyone in our society, especially children and youth, actively can participate in the public debate. Countering social media hate speech, and terror propaganda, and strongly protecting personal data from being illegally used by third parties, is key."

And this:

Document title: People who are delusional, dogmatic, or religious fundamentalists are more likely to believe fake news » Nieman Journalism Lab
Capture URL: https://www.niemanlab.org/2018/05/people-who-are-delusional-dogmatic-or-religious-fundamentalists-are-more-likely-to-believe-fake-news/#disqus_thread
Capture timestamp (UTC): Fri, 28 Jun 2019 13:45:32 GMT

gender, and we need to make sure everyone in our society, especially children and youth, actively can participate in the public debate. Countering social media hate speech, and terror propaganda, and strongly protecting personal data from being illegally used by third parties, is key."

And this:

> "Women over 65 years write very rude things on the internet." This somewhat surprising headline in Svenska Dagbladet was also the conclusion after one year of work by the Swedish network for research on hate on the internet, Nätverket Näthatsgranskaren. They too were surprised by this finding. Their best explanation was that these women are the true victims of 'fake news.' They are not accustomed to fake journalism-like content, they are not trained in investigating the sources and, they believe in what they read.

The original article is here; from what I can tell after a bunch of Google Translating, it seems that the network, which monitors social media for hate speech and threats, has traced a surprising number of these threats to older women. In 2017, the network "made 770 police reports against about 600 different people. The number of suspected crimes amounts to almost 2,000," the Swedish newspaper Eskilstuna Kuriren reported. About 15 to 20 percent of the suspected crimes were attributed to women, according to that article.

ILLUSTRATION FROM L.M. GLACKENS' *THE YELLOW PRESS* (1910) VIA THE PUBLIC DOMAIN REVIEW.

**PART OF A SERIES**   Real News About Fake News

**HIDE COMMENTS**                                                    SHOW TAGS

**7 Comments**    Nieman Journalism Lab                    🟠 Login ▾

♡ Recommend    ▼ Tweet    f Share                          Sort by Oldest ▾

Join the discussion…

LOG IN WITH          OR SIGN UP WITH DISQUS ⑦

Ⓓ f 🐦 G           Name

**Mike McCormick** · a year ago
Only a complete psychopath could believe anything from cnn , nbc , Young wacked out turks , washing comPost, nygrimes, and all other over the top salacious extreme left "media".
∧ | ∨ · Reply · Share ›

Document title: People who are delusional, dogmatic, or religious fundamentalists are more likely to believe fake news » Nieman Journalism Lab
Capture URL: https://www.niemanlab.org/2018/05/people-who-are-delusional-dogmatic-or-religious-fundamentalists-are-more-likely-to-believe-fake-news/#disqus_thread
Capture timestamp (UTC): Fri, 28 Jun 2019 13:45:32 GMT                                                    Page 6 of 9



**Mike McCormick** · a year ago

Only a complete psychopath could believe anything from cnn , nbc , Young wacked out turks , washing comPost, nygrimes, and all over the top salacious extreme left "media".

∧ | ∨ · Reply · Share ›



**Brett** ⤳ Mike McCormick · a year ago

I agree, yet the same goes for fox, and all associated conservative media

∧ | ∨ · Reply · Share ›



**Callahan 8.0** · a year ago · edited

They needed a study for this? Any sane person knows the left wing sheep fit all of the above, with socialism being the ultimate dogmatic religion.

2 ∧ | ∨ · Reply · Share ›



**Alexander Best** · a year ago · edited

This is embarrassing journalism. Your headline suggests people who have religious views that are perceived as "fundamentalist"are equivalent to people who are "delusional." Your caveats on causation and correlation as the fine print does not elevate the sense that this article is just another illustration of "fake" news. And that is what is so sad about the entire topic. "Serious" Media have chosen the same methodologies of the people they disdain. I expect it from soap opera CNN but Nieman? If you are a lab for the future of journalism, that is really worrying. I appreciate the daily briefings. But this undermines the credibility of what in the inevitable speed of life and glut of data, is often just a fleeting headline. This makes me more likely to delete or unsubscribe. It is not just the poor quality of the journalism it is what it say about the Editor of this section. Eye, ball, off.

2 ∧ | ∨ · Reply · Share ›



This comment was deleted.



**mffitzgerald** ⤳ Guest · a year ago · edited

No one who is religious or say, a my-country-right-or-wrong nationalist or a strict free-market-type will like the headline. The weaknesses with the study (the story notes some of them) might make me argue against a hed like that in a story meeting. But it does reflect the study's premise. Separately, I don't see the insinuations the 2nd writer mentions.

18 ∧ | ∨ · Reply · Share ›



**Jj Taler** ⤳ Alexander Best · a year ago

I'd like to duplicate this "study". Laura, please post the "real" and "fake" headlines you used to do the analysis along with an abstract of the research methodology. .

∧ | ∨ · Reply · Share ›



**You Can't Doxx Me** · a year ago

It's interesting how Joshua Benton is is using comments he doesn't like to doxx people. http://archive.is/4XGN0

4 ∧ | ∨ · Reply · Share ›

✉ Subscribe   🅓 Add Disqus to your site   🔒 Disqus' Privacy Policy          **DISQUS**

✉ Subscribe   🅓 Add Disqus to your site   🔒 Disqus' Privacy Policy          **DISQUS**

Join the 50,000 who get the freshest future-of-journalism news in our daily email.

your email address here

Subscribe

## Yes, it's worth arguing with science deniers — and here are some techniques you can use

Plus: A fake news game that seems to inoculate players against fake news.

## The Associated Press and Google are building a tool for sharing more local news — more quickly

"We're living in an age of journalism where people want to help each other and are prioritizing collaboration over competition. We want to seize on that in a way that ensures no matter who is in the newsroom there's still a mechanism for them to use this."

## Here's The Correspondent's budget for its English-language expansion

"This represents five full-time correspondents working in different parts of the world, as well as at least five freelancers each month."



RSS   FACEBOOK   TWITTER   SUBSCRIBE
FUEGO   ENCYCLO   ARCHIVES   CONTACT   ABOUT

Help advance the Nieman Foundation's mission "to promote and elevate the standards of journalism" by making a donation

your email address here

Subscribe

## Yes, it's worth arguing with science deniers — and here are some techniques you can use

Plus: A fake news game that seems to inoculate players against fake news.

## The Associated Press and Google are building a tool for sharing more local news — more quickly

"We're living in an age of journalism where people want to help each other and are prioritizing collaboration over competition. We want to seize on that in a way that ensures no matter who is in the newsroom there's still a mechanism for them to use this."

## Here's The Correspondent's budget for its English-language expansion

"This represents five full-time correspondents working in different parts of the world, as well as at least five freelancers each month."

**NiemanLab**

RSS   FACEBOOK   TWITTER   SUBSCRIBE
FUEGO   ENCYCLO   ARCHIVES   CONTACT   ABOUT

Help advance the Nieman Foundation's mission "to promote and elevate the standards of journalism" by making a donation.

**Nieman**

To promote and elevate the standards of journalism

**Nieman**Reports

Covering thought leadership in journalism

**Nieman**Lab

Pushing to the future of journalism

**Nieman**Storyboard

Exploring the art and craft of story

© 2019 by the President and Fellows of Harvard College / Some rights reserved

Harvard   Trademark   Privacy

Walter Lippmann House   One Francis Ave.   Cambridge, MA 02138   617 495 2237

Document title: People who are delusional, dogmatic, or religious fundamentalists are more likely to believe fake news » Nieman Journalism Lab
Capture URL: https://www.niemanlab.org/2018/05/people-who-are-delusional-dogmatic-or-religious-fundamentalists-are-more-likely-to-believe-fake-news/#disqus_thread
Capture timestamp (UTC): Fri, 28 Jun 2019 13:45:32 GMT                                                                                    Page 9 of 9



# DISQUS

# EXHIBIT B

🗗 Go to Disqus

🔍  Search for answers...

All Collections  >  Terms and Policies  >  Basic Rules for Disqus-powered Sites

# Basic Rules for Disqus-powered Sites



Written by **Saeed Oday**
Updated over a week ago

Disqus enables online discussion communities, and in doing so, freedom of expression and identity are core values of the Service. There are a number of categories of content and behavior, however, that jeopardize Disqus by posing risk to commenters, publishers, and/or third party services utilizing the Disqus platform.

Websites or website representatives, including site moderators, publishing inappropriate content or exhibiting inappropriate behaviors in connection with their use of the Service may have their Disqus account and/or Disqus forum suspended or terminated.

The following are not allowed on sites that use Disqus:

- **Copyright or trademark infringement**
  If we receive a valid DMCA claim against your site, your forum may be suspended until the claim is resolved.

- **Deceitful data collection or distribution**
  User information is for moderation purposes only and collecting any information in a misleading way is prohibited. Distribution of personal identifiable information is prohibited.

- **Intimidation of users of the Disqus Service**
  Blackmail, extortion, extreme discrimination, and other forms of threatening behavior are prohibited.

- **Malware**
  If a site is found to be distributing malware, Disqus will be removed from that site.

- **Unlawful activities**
  Disqus is controlled and operated from its facilities in the United States. Disqus makes no representations that it is appropriate or available for use in other locations. Those who access or use Disqus from other jurisdictions do so at their own volition and are entirely responsible for compliance with all applicable United States and local laws and regulations.

- **Misuse of the Disqus Service**
  Sites that take any action that imposes, or may impose (at our sole discretion) an unreasonable or disproportionately large load on our infrastructure. This includes



until the claim is resolved.

- **Deceitful data collection or distribution**
  User information is for moderation purposes only and collecting any information in a misleading way is prohibited. Distribution of personal identifiable information is prohibited.

- **Intimidation of users of the Disqus Service**
  Blackmail, extortion, extreme discrimination, and other forms of threatening behavior are prohibited.

- **Malware**
  If a site is found to be distributing malware, Disqus will be removed from that site.

- **Unlawful activities**
  Disqus is controlled and operated from its facilities in the United States. Disqus makes no representations that it is appropriate or available for use in other locations. Those who access or use Disqus from other jurisdictions do so at their own volition and are entirely responsible for compliance with all applicable United States and local laws and regulations.

- **Misuse of the Disqus Service**
  Sites that take any action that imposes, or may impose (at our sole discretion) an unreasonable or disproportionately large load on our infrastructure. This includes, but is not limited to: excessive creation of threads/forums/posts, misuse of the API, or a lack of moderation activity resulting in large volumes spam comments.

- **Multiple violations of the Disqus**
  The Disqus Basic Rules apply to all Disqus accounts and violating them as a publisher or moderator may carry additional consequences for your forum(s).

The above list may be modified or expanded at any time and individual account/forum deactivation decisions remain at the sole discretion of Disqus. For complete details, please visit our Terms of Service.

Click here to report a violation of the Basic Rules for Disqus-powered sites.

Did this answer your question?

  



Features    Plans and Pricing    Blog    API    Jobs    Terms and Policies    Get Support    Status



We run on Intercom



**DISQUS**

# EXHIBIT C

⌞↗ **Go to Disqus**

🔍  Search for articles...

All Collections  >  Terms and Policies  >  Basic Rules for Disqus

# Basic Rules for Disqus

 Written by Disqus
Updated over a week ago

Disqus doesn't moderate or manage the communities that use Disqus, but using
Disqus to do any of the following things breaks our Terms of Service and appropriate
action (which can include removing a comment or discussion, resetting a profile, or
banning an account) will be taken to enforce them.

The following are not allowed anywhere on Disqus:

- **Targeted harassment or encouraging others to do so**
  Hate speech and other forms of targeted and systematic harassment of people
  have no place on Disqus, nor do we tolerate communities dedicated to fostering
  harassing behavior.

- **Spam**
  Examples include 1) comments posted in large quantities to promote a product or
  service, 2) the exact same comment posted repeatedly to disrupt a thread. 3)
  following users multiple times

- **Impersonation**
  You may not impersonate others in a manner that does or is intended to mislead,
  confuse, or deceive others.

- **Direct threat of harm**
  This covers active threats of harm directed towards a specific person or defined
  group of individuals. Contact local authorities if you feel a crime has been
  committed or is imminent.

- **Posting personally identifiable information**
  Examples of protected information: credit card number, home/work address,
  phone number, email address, social security number. Real name isn't currently
  covered.

- **Inappropriate profile content**
  Graphic media containing violence and pornographic content are not allowed.
  Profile content allowed by Disqus may not be allowed on all communities, so
  report such profiles to the site moderator.

To report a user for a Basic Rules violation, click the flag icon in their profile and

- **Spam**

  Examples include 1) comments posted in large quantities to promote a product or service, 2) the exact same comment posted repeatedly to disrupt a thread. 3) following users multiple times

- **Impersonation**

  You may not impersonate others in a manner that does or is intended to mislead, confuse, or deceive others.

- **Direct threat of harm**

  This covers active threats of harm directed towards a specific person or defined group of individuals. Contact local authorities if you feel a crime has been committed or is imminent.

- **Posting personally identifiable information**

  Examples of protected information: credit card number, home/work address, phone number, email address, social security number. Real name isn't currently covered.

- **Inappropriate profile content**

  Graphic media containing violence and pornographic content are not allowed. Profile content allowed by Disqus may not be allowed on all communities, so report such profiles to the site moderator.

To report a user for a Basic Rules violation, click the flag icon in their profile and complete a short report.

Learn more about how to report abuse to site moderators and Disqus.

For more information on how we enforce against abusive accounts that violate the Basic Rules, read our Abusive Behavior Policy.

Want to learn how to report a user to Disqus?

Did this answer your question?

  

DISQUS

Features    Plans and Pricing    Blog    API    Jobs    Terms and Policies    Get Support    Status

f    🐦

 We run on Intercom



Faculty   Staff   Students   Alumni   Parents   Visitors   Media

About          Admissions          HARVARD          Schools          On Campus
                                    UNIVERSITY
Gazette News    Events                              Harvard Campaign          Give

# EXHIBIT D

# Privacy Statement

This Privacy Policy discloses the privacy practices for www.harvard.edu, the main Harvard University website. Please note that Harvard Schools, Centers, and other Harvard units and affiliates have separate privacy policies. By using this website, you are consenting to our collection and use of information in accordance with this Privacy Policy.

## What information do we gather about you?

We and our third-party vendors collect certain information regarding your use of www.harvard.edu, such as your IP address and browser type. Your session and the pages you visit on www.harvard.edu will be tracked, but you will remain anonymous. We may use your IP address to identify the general geographic area from which you are accessing Harvard.edu. We connect data from different systems but do not link IP addresses to any personal information. We may also collect other information as described in this policy.

## What do we use your information for?

We use the information we gather from you for systems administration purposes, abuse prevention, and to track user trends, and for the other purposes described in this policy. If you send us an email, the email address you provide may be used to send you information, respond to inquiries, and/or other requests or questions. We will not share, sell, rent, swap, or authorize any third party to use your email address for commercial purposes without your permission.

User information may be shared with third-party vendors to the extent necessary to provide and improve web services or other communications to users. For example, we use third parties such as Chartbeat and Google Analytics to generate reports on site usage, web traffic, user behavior, and user interests in order to optimize our website for our visitors. We also use geographic, demographic, and interest-based reports of our website visitors to create custom audience lists. We prohibit any third parties who receive user information for this purpose from using or sharing user information for any purpose other than providing services for the benefit of our users.

We may also provide your information to third parties in circumstances where we believe that doing so is necessary or appropriate to satisfy any applicable law, regulation, legal process or governmental request; detect, prevent or otherwise address fraud, security, or technical issues; or protect our rights and safety and the rights and safety of our users or others.

Commencement   Faculty   Staff   Students   Alumni   Parents   Visitors   Media

About          Admissions                        Schools          On Campus

detect, prevent or otherwise address fraud, security, or technical issues; or protect our rights and safety and the rights and safety of our users or others.

## How is this information collected and how can you opt out?

Google and other third parties may use cookies, web beacons, and similar technologies to collect or receive information from this website and elsewhere on the internet and use that information to provide measurement services and target ads. For more information on Google Analytics, consult their terms of use, privacy practices, and ads settings. You can opt out of the collection and use of this information through tools like the Network Advertising Initiative opt-out page.

## Cookies

Cookies are small files that are stored on your computer (unless you block them). We use cookies to understand and save your preferences for future visits and compile aggregate data about site traffic and site interaction so that we can offer better site experiences and tools in the future. You may disable cookies through your individual browser options or you can opt out of the collection and use of this information through tools like the Network Advertising Initiative opt-out page.

## Other Websites and Cookies

This website may contain links to other websites. We are not responsible for the privacy practices or the content of such websites.

Cookies may be set by parties other than us. These "third-party cookies" may, for example, originate from websites such as YouTube, Twitter, Facebook, Soundcloud, or other social media services for which www.harvard.edu has implemented "plug-ins." Since the cookie policies of these sites change over time, you should determine their policies by visiting the privacy policy pages of these sites directly.

## Information Protection

This site has reasonable security measures in place to help protect against the loss, misuse, and alteration of the information under our control. However, no method of transmission over the Internet or method of electronic storage is 100% secure.

## Users Located in the European Economic Area

If you are located in the European Union, Iceland, Liechtenstein or Norway (the "European Economic Area"), please click here for additional information about ways that certain Harvard University Schools, Centers, units and controlled entities, including this website, may collect, use, and share information about you.

## Changes to this Policy

This Privacy Policy may be amended from time to time. Any such changes will be posted on this page.



through tools like the Network Advertising Initiative opt-out page.

## Other Websites and Cookies

This website may contain links to other websites. We are not responsible for the privacy practices or the content of such websites.

Cookies may be set by parties other than us. These "third-party cookies" may, for example, originate from websites such as YouTube, Twitter, Facebook, Soundcloud, or other social media services for which www.harvard.edu has implemented "plug-ins." Since the cookie policies of these sites change over time, you should determine their policies by visiting the privacy policy pages of these sites directly.

## Information Protection

This site has reasonable security measures in place to help protect against the loss, misuse, and alteration of the information under our control. However, no method of transmission over the Internet or method of electronic storage is 100% secure.

## Users Located in the European Economic Area

If you are located in the European Union, Iceland, Liechtenstein or Norway (the "European Economic Area"), please click here for additional information about ways that certain Harvard University Schools, Centers, units and controlled entities, including this website, may collect, use, and share information about you.

## Changes to this Policy

This Privacy Policy may be amended from time to time. Any such changes will be posted on this page.

## Effective Date

The effective date of this policy is January 10, 2018.



**WEBSITE**
Accessibility
Sitemap

**GET IN TOUCH**
Contact Harvard
Maps & Directions
Jobs
Social Media

**SECURITY & BRAND**
Privacy Statement
Report Copyright Infringement
Report Security Issue
Trademark Notice

Harvard Apps

© 2018 The President and Fellows of Harvard College

# EXHIBIT E



**Alexander Best** · a year ago · edited

This is embarrassing journalism. Your headline suggests people who have religious views that are perceived as "fundamentalist"are equivalent to people who are "delusional." Your caveats on causation and correlation as the fine print does not elevate the sense that this article is just another illustration of "fake" news. And that is what is so sad about the entire topic. "Serious" Media have chosen the same methodologies of the people they disdain. I expect it from soap opera CNN but Nieman? If you are a lab for the future of journalism, that is really worrying. I appreciate the daily briefings. But this undermines the credibility of what in the inevitable speed of life and glut of data, is often just a fleeting headline. This makes me more likely to delete or unsubscribe. It is not just the poor quality of the journalism it is what it say about the Editor of this section. Eye, ball, off.

2 ·      Repl,    Snare ·

# EXHIBIT F

 **truthseeker** → Alexander Best
5 hours ago

I am a journalism professor at a major east coast university and I
completely agree with you. I follow Nieman but this is an article designed to
insinuate that 1) Trump supporters who happen to be religious are
delusional 2) conservative media that don't tout the democrat party talking
points are disseminating 'fake news.' I will no longer use Neiman as a
source.

Reply



Twitter has a new Terms of Service and Privacy Policy, effective May 25, 2018. Learn more    EXHIBIT G    (Got it)    ✕

Home                                                                                      ccount? Log in ▾

**Joshua Benton** ✓ @jbenton · May 4                                                  ∨
I think that this attitude — permanently rejecting a news source because it
accurately reports something you don't like — is exactly what you want in a
journalism professor, yes? Also, spell our name right. Francesca Viola of Temple
University niemanlab.org/2018/05/people...

> **truthseeker** → Alexander Best                                          — ⚑
> 5 hours ago
>
> I am a journalism professor at a major east coast university and I
> completely agree with you. I follow Nieman but this is an article designed to
> insinuate that 1) Trump supporters who happen to be religious are
> delusional 2) conservative media that don't tout the democrat party talking
> points are disseminating 'fake news.' I will no longer use Neiman as a
> source.
>
> ⌃  ∨   Reply

♡ 58        ⇄ 19        ♡ 55

**Joshua Ben**
@jbenton

Occasional enem
people. I run @n
Proud Cajun. I lo
@dashiellbenton

📍 Cambridge, ▮

🔗 joshuabenton

📅 Joined Decer

**Joshua Benton** ✓ @jbenton · May 4                                                  ∨
For what it's worth. Temple journalism professor Francesca Viola also believes
Seth Rich was murdered by Hillary Clinton and the DNC

> → Guest · a year ago          | **truthseeker** → GeriatricObesePedophiles  a year ago
>                                | Wrong. Seth Rich leaked the DNC plot to sabotage Bernie
> hater? I'm a college professor an | Wikileaks. The DNC had him killed. This Russia story was
>                                | manufactured as a distraction. You stupid libs keep pushi
> ight and I don't drink. I watch Ha | the Russian narrative with not one shred of evidence. And
> right about this Seth Rich thing. ' | don't tell me '19 intelligence agencies say so." But notice
>                                | they never offer solid factual evidence. But if there's any
> nocrat who doesn't want to face | justice, the truth will come out. Just like we learned
>                                | eventually that the democrat talking points about the
> corrupt, and like Hillary will do a | Benghazi murders being caused by an anti-Muslim video
> ower...even murder.            | were a lie, the democrat attempt to deflect from their
>                                | corruption and murder saying "the Russians did it" will be
>                                | proven false yet another lie. Keep it up Dems. You'll just ke
> ✓ in discussion                | losing elections till you cease to exist as a party. I can harc
>                                | wait
> ♡ 14    ⇄ 4    ♡ 16           | ⌃ ⬆ ⬇  View in discussion

**Joshua Benton** ✓ @jbenton · May 4                                                  ∨
She also believes @DRUDGE_REPORT has sold out to the libs

Breitbart News Network · 22191 con
e Leaks Highly Classified I**partyfolks** ·  a yea
on Post to Smear Presiden*e sold the franchis*

ker · a year ago
reading Drudge anymore. Ever since Ti**b. Reading Zero H**
he links to the lib mainstream media v
to think there's been a management *cussion*
View in discussion

♡ 4        ⇄ 1        ♡ 7

**Joshua Benton** ✓ @jbenton · May 4                                                  ∨
She's also not a particular fan of Muslims, it seems

Discussion on **The Gateway Pundit** · 3290 comments



Twitter has a new

Home

Joshua Be
@jbenton

Occasional enem
people. I run @r
Proud Cajun. I lo
@dashiellbentor

📍 Cambridge.
🔗 joshuabentor
📅 Joined Decer

Joshua Benton ✔ @jbenton · May 4
She's also not a particular fan of Muslims, it seems

Discussion on **The Gateway Pundit** · 3290 comments

**Muslims Take Over Street – Start Praying in Front of Trump Tower New York for Ramada...**

truthseeker · a year ago
Scum. Deport them. They hate us. Get rid of them.

2 ↑ ↓ View in discussion

💬 3        ⟲        ♡ 5

**Joshua Benton** ✔
@jbenton

[ Follow ]  ⌄

She seems to lack a basic understanding of the First Amendment and is upset that @PhillyInquirer doesn't "give readers a chance to express any anti-Muslim or anti-immigrant sentiments" or comment on "crimes involving African Americans"

Woooowwww, what an inciteful comment. You sure told me! Another liberal genius...

↑ ↓ View in discussion

truthseeker → longcipher · 8 months ago
You are stereotyping Trump voters, as many libs do. I am a college professor with a law degree, and I voted for Trump, because I don't need to be told what to think by all you sanctimonious left wingers, including Obama and Shrillary.

1 ↑ ↓ View in discussion

truthseeker · 8 months ago
Kim:
I am a journalism professor and Ill tell you why I wont subscribe. Your coverage is virulently pro-leftist, and you try to control speech, which is antithetical to the First Amendment you claim to respect. How? I've been tracking your pattern of not allowing comments on any stories that involve race, crimes that involve African Americans, or any article that would give readers a chance to express any anti-

7:17 PM – 4 May 2018

1 Retweet 4 Likes

💬 4        ⟲ 1        ♡ 4

**Joshua Benton** ✔ @jbenton · May 4        ⌄

Got it        ✕

ccount? Log In▾



Twitter has a new

Home

Got it

ccount? Log in

to control speech, which is antithetical to the First Amendment you claim to respect. How? I've been tracking your pattern of not allowing comments on any stories that involve race, crimes that involve African Americans, or any article that would give readers a chance to express any anti-

7:17 PM - 4 May 2018

1 Retweet 4 Likes

4 1 4

**Joshua Benton** @jbenton · May 4

Oh, she also believes that Trump actually won the *real* popular vote, which was warped by "some illegal votes cast in California"

> truthseeker → LiberalBiatch · 4 months ago
>
> You have no idea what my religion is and the reason Trump won is because more people voted for him than your girl. And save your breath on the tired refrain that HIllary won the popular vote because of some illegal votes cast in California. Yawn. So thank God people with common sense outnumber people like you.
>
> View in discussion

5 2

**Joshua Benton** @jbenton · May 4

Basically, Francesca Viola of @TempleUniv is pretty much exactly what you want in a journalism professor. cc: @dlboardman @pilhofer @brcreech

34 9

**mackb** @rmackb · May 5

Replying to @jbenton @PhillyInquirer

Funny u don't seem to like conservatives speech

**Mickey Dugan** @Mickey_Dugan · May 5

Replying to @jbenton @PhillyInquirer

This is beginning to feel eerily predatory, like a stalker and a doxxer using tactics from the Spanish Inquisition, and, welll, it's just super-creepy, man.

**BEN123L** @BEN123L · May 4

Replying to @jbenton @PhillyInquirer

reporting you to twitter for doxxing

Joshua Ben
@jbenton

Occasional enem
people. I run @n
Proud Cajun. I lo
@dashiellbenton

Cambridge, M
joshuabenton
Joined Decem

© 2018 Twitter About Help Center Terms Privacy policy Cookies Ads info

# EXHIBIT H

 **Joshua Benton** ✓ @jbenton · 9 May 2018

> In a series of tweets on Friday, May 4, I wrote about an anonymous commenter to a Nieman Lab story. I identified her and her place of work and shared comments posted from the same account on other websites. By revealing such details without making an effort to contact her and seek confirmation and explanation, and otherwise adhere to rigorous reporting methods, the tweets did not meet Nieman's journalistic standards. I apologize and regret my error in judgment.