# EXHIBIT A






**truthseeker** ➦ Alexander Best
5 hours ago

I am a journalism professor at a major east coast university and I completely agree with you. I follow Nieman but this is an article designed to insinuate that 1) Trump supporters who happen to be religious are delusional 2) conservative media that don't tout the democrat party talking points are disseminating 'fake news.' I will no longer use Neiman as a source.

Reply

For what it's worth, Temple journalism professor Francesca Viola also believes Seth Rich was murdered by Hillary Clinton and the DNC

**Joshua Benton** @jbenton

I think that this attitude — permanently rejecting a news source because it accurately reports something you don't like — is exactly what you want in a journalism professor, yes? Also, spell our name right, Francesca Viola of Temple University niemanlab.org/2018/05/people...

9:43 PM · May 4, 2018 · Linky for iOS

**40** Retweets **63** Likes

**truthseeker** → Guest • a year ago

Really, you hater? I'm a college professor and an attorney; I'm not overweight and I don't drink. I watch Hannity and he is absolutely right about this Seth Rich thing. You are obviously a bitter democrat who doesn't want to face up to the fact that the DNC is corrupt, and like Hillary will do anything to preserve power...even murder.

View in discussion

↑↓ 53   ↻ 21   ♡ 63

**Joshua Benton** @jbenton

For what it's worth, Temple journalism professor Francesca Viola also believes Seth Rich was murdered by Hillary Clinton and the DNC

10:08 PM · May 4, 2018 · Twitter for iPad

2 Retweets   18 Likes

**A-2**






 

truthseeker → GeriatricObesePedophiles · a year ago

Wrong. Seth Rich leaked the DNC plot to sabotage Bernie to Wikileaks. The DNC had him killed. This Russia story was manufactured as a distraction. You stupid libs keep pushing the Russian narrative with not one shred of evidence. And don't tell me "19 intelligence agencies say so." But notice they never offer solid factual evidence. But if there's any justice, the truth will come out. Just like we learned eventually that the democrat talking points about the Benghazi murders being caused by an anti-Muslim video were a lie, the democrat attempt to deflect from their corruption and murder saying "the Russians did it" will be proven tone yet another lie. Keep it up Dems. You'll just keep losing elections till you cease to exist as a party. I can hardly wait.

6 ↑ ↓ View in discussion

5 hours ago

I am a journalism professor at a major east coast university and I completely agree with you. I follow Nieman but this is an article designed to insinuate that 1) Trump supporters who happen to be religious are delusional 2) conservative media that don't tout the democrat party talking points are disseminating 'fake news.' I will no longer use Neiman as a source.

Reply

53 21 63

**Joshua Benton** @jbenton

For what it's worth, Temple journalism professor Francesca Viola also believes Seth Rich was murdered by Hillary Clinton and the DNC

10:08 PM · May 4, 2018 · Twitter for iPad

**2** Retweets **18** Likes

Discussion on **Breitbart News Network** · 22191 comments

# Deep State Leaks Highly Classified Info to Washington Post to Smear President Trump

**truthseeker** · a year ago

I'm not reading Drudge anymore. Ever since Trump got elected he links to the lib mainstream media way to much. Starting to think there's been a management change.

1 ↑ ↓ View in discussion

absolutely right about
a bitter democrat who
the DNC is corrupt, an
preserve power...even

14 2 18

**Joshua Benton** @jbenton

She also believes @DRUDGE_REPORT has sold out to the libs

10:10 PM · May 4, 2018 · Twitter for iPad

**11** Likes

**Joshua Ben...** · May 4, 2018










Discussion on **The Gateway Pundit** • 3290 comments

**Muslims Take Over Street – Start Praying in Front of Trump Tower New York for Ramada...**

truthseeker • a year ago

Scum. Deport them. They hate us. Get rid of them.

2 ↑ ↓ View in discussion

I agree. Has Dru…

uthseeker • a year ago

n not reading Drudge anymore. E… and links are pro…

ected he links to the lib mainstre…

arting to think there's been a ma… 6 ↑ ↓ View in …

↑ ↓ View in discussion

4 11

**Joshua Benton** @jbenton

She's also not a particular fan of Muslims, it seems

10:12 PM · May 4, 2018 · Twitter for iPad

**6** Likes

**Joshua Ben...** · May 4, 2018

Replying to @jbenton

**A message to commenters on Philly.com**

truthseeker → Combover-In-Chief · 8 months ago
Oooh...another stinging retort by a faithful Inquirer reader. Keep it up, I'm having a blast.
View in discussion

truthseeker → Combover-In-Chief · 8 months ago
Woooowwww, what an inciteful comment. You sure told me! Another liberal genius...
View in discussion

truthseeker → longcipher · 8 months ago
You are stereotyping Trump voters, as many libs do. I am a college professor with a law degree, and I voted for Trump, because I don't need to be told what to think by all you sanctimonious left wingers, including Obama and Shrillary.
1 View in discussion

truthseeker · 8 months ago
Kim:
I am a journalism professor and Ill tell you why I wont subscribe. Your coverage is virulently pro-leftist, and you try to control speech, which is antithetical to the First Amendment you claim to respect. How? I've been tracking your pattern of not allowing comments on any stories that involve race, crimes that involve African Americans, or any article that would give readers a chance to express any anti-Muslim or anti-immigrant sentiments. Although you and your editorial team may find these opinions uncomfortable and even repulsive, the First Amendment protects those opinions, and you as the standard bearers for the fourth estate have an obligation to let folks express themselves. You are failing members of the public whom you don't agree with, and that is why you will never expand your readership.
1 View in discussion

4 1 6

**Joshua Benton** @jbenton

She seems to lack a basic understanding of the First Amendment and is upset that @PhillyInquirer doesn't "give readers a chance to express any anti-Muslim or anti-immigrant sentiments" or comment on "crimes involving African Americans"

10:17 PM · May 4, 2018 · Twitter for iPad

**2** Retweets **6** Likes

**Joshua Ben...** · May 4, 2018
Replying to @jbenton
Oh, she also believes that Trump

**truthseeker** → **LiberalBiatch** · 4 months ago

You have no idea what my religion is and the reason Trump won is because more people voted for him than your girl. And save your breath on the tired refrain that HIllary won the popular vote because of some illegal votes cast in California. Yawn. So thank God people with common sense outnumber people like you.

↑ ↓   View in discussion

**A-7**