# EXHIBIT B

# LATEST UPDATES FOR THE RETURN TO CAMPUS

Read More

Explore Temple University                                                                        Search



Full Menu

# Francesca Viola



## Francesca Viola
### Assistant Professor of Instruction

Department: Journalism

fviola@temple.edu

Office: 215-204-9003

Annenberg Hall, Room 335

# Biography

Francesca Viola teaches courses in broadcast news writing, TV news reporting, and

journalism and the law. She has many years experience in TV news reporting and producing but began her career in print as a reporter for the *Germantown Courier.* Later she worked as a writer for KYW-TV Eyewitness News (now CBS-3), then became associate producer of the first 10 o'clock news program in the Philadelphia market at Fox-29. While there, Viola was a part of the Emmy Award–winning team that covered the fire at the Meridian Building, one of the worst fires in Philadelphia history. While a reporter for another startup newscast, *Inquirer News Tonight*, she earned a law degree from Widener University and is now a licensed attorney. She then specialized in legal news reporting and worked later as a freelance producer for ABC's *World News Tonight* and *Good Morning America* before joining the faculty at Temple.

Viola's interests include the nexus between emerging media and the law's response to it, as well as the effect of the internet on broadcast journalism. She lives in Fort Washington, Pennsylvania, with her husband and two children.

## Education

| | |
|---|---|
| **DEGREE** | JD |
| **FIELD** | School of Law |
| **SCHOOL** | Widener University |
| **DEGREE** | MJ |
| **FIELD** | School of Communications and Theater |
| **SCHOOL** | Temple University |

Apply

Visit

Request More Info

**SEARCH THIS SITE** | SEARCH ALL OF TEMPLE

Enter Keywords                                Search

Master and Doctoral Programs

Find Your Major

Admissions

Student Life at the Klein College of Media and Communication

About the Klein College of Media and Communication

For Alumni

Contact

Giving

**Temple University Klein College of Media and Communication**
Annenberg Hall
2020 N. 13th St.
Philadelphia, PA 19122 USA

**Follow Klein College of Media and Communication**



Cherry & White Directory • Maps & Directions • Contact • Policies • Social Media • TUportal • TUMail • Accessibility • Careers at Temple

Copyright 2020, Temple University. All rights reserved.