# EXHIBIT C

**TEMPLE UNIVERSITY MISSION STATEMENT**

Opportunity.  Engagement. Discovery.

Temple University educates a vibrant student body and creates new knowledge through innovative teaching, research and other creative endeavors. Our urban setting provides transformative opportunities for engaged scholarship, experiential learning, and discovery of self, others and the world. We open our doors to a diverse community of learners and scholars who strive to make the possible real.

We are committed to the ideals upon which Temple was founded:

- providing access to an excellent, affordable higher education that prepares students for careers, further learning and active citizenship.

- creating a collaborative community of outstanding faculty and staff who foster inclusion and encourage the aspirations of Temple students.

- promoting service and engagement throughout Philadelphia, the Commonwealth of Pennsylvania, the nation and the world.

**Adopted by the Board of Trustees on October 9, 2018**