# EXHIBIT D

https://www.breitbart.com/privacy-policy/    Go

3,912 captures
15 Mar 2017 - 28 May 2020

APR **MAY** JUN
◀ **04** ▶
2016 **2017** 2018

SEARCH

BIG GOVERNMENT    BIG JOURNALISM    BIG HOLLYWOOD    NATIONAL SECURITY    TECH    VIDEO    SPORTS    THE WIRES

BREITBART LONDON | BREITBART JERUSALEM | BREITBART TEXAS | BREITBART CALIFORNIA      STORE

# BREITBART.COM PRIVACY POLICY

Last updated on June 3, 2015

This privacy policy (the "**Privacy Policy**") discloses the privacy practices of BREITBART NEWS NETWORK, LLC ("**BREITBART**," "**we**," or "**us**") and the breitbart.com website and all mobile websites and applications associated therewith (the "**Site**"). Generally, you may visit the Site without giving us any information about yourself. However, there are times when we may need to obtain personal information from you in order to provide certain services that you may request. This Privacy Policy was developed to help you understand what information we collect as well as how we use and safeguard the information you provide to us on our Site. By visiting this Site, you agree that your visit and/or download or use of a mobile application, and any dispute over our online privacy practices, is governed by this Privacy Policy.

**Information We Collect**

**Personal Information You Provide To Us Or Ask A Third Party To Provide Us:**

- We may collect personal information, including your name, cell phone number, email address, and certain demographic data, only when you choose to voluntarily provide to us such information, such as by subscribing to a newsletter, making inquiries regarding our services, requesting breaking news alerts, reporting any problems with our Site, participating in a promotional offer, providing us with feedback on our Site, or otherwise.
- We do not knowingly collect, use or disclose personal information from children under the age of 13 without prior parental consent, except as permitted by the Children's Online Privacy Protection Act. By using our Site, you represent that you are at least 13 years of age.
- We may offer you various opportunities to engage in public activities and comment on articles on the Site. "Public activities" are any actions you take on the Site that are designed to be visible to other users, including comments, reviews, ratings or any other items that you submit. Any information you disclose in your public activities, along with your name, information and/or any image or photo, becomes public and may be used for online and offline promotional or commercial uses in any and all media. If you choose to engage in public activities, you should be aware that any personal information you submit can be read, collected and used by other users of these areas. We are not responsible for the personally identifiable information you choose to submit in the course of your public activities and we have no responsibility to publish, take down, remove or edit any of your public activities or submissions.
- You may choose to associate your social media account with your our Site (*g.,* through Disqus, Facebook, Twitter or Google). By associating your accounts, you may be giving these third parties permission to send us certain information from your social media profile. What information they send us depends on your privacy settings with those third parties and their respective privacy policies. Once the accounts are associated, they may send us additional information from your profile over time. We will use the information they share with us in accordance with this Privacy Policy.

areas of our Site without disclosing any personally identifiable information. However, we may collect and track information provided to us by your device, including the website you came from, browser type, unique device identifiers, IP address, domain name, geolocation information, time and date of access and other information that does not personally identify you. We may use this information alone or together with your personal information to individually customize the Site's offerings and presentations. Non-personal information that we collect may be combined with other information about you.

- We may collect non-personal information about you through cookies, pixel tags, web beacons and similar technologies. Cookies are small strings of text sent by the Site to your browser which are then stored by your browser on your computer's hard drive.
- Our advertisers may also use cookies to collect non-personal information about you when you click through the advertisement to their website.
- Most web browsers automatically accept cookies, but it is possible to change your browser setup to allow you to control whether you will accept cookies, reject cookies, or to notify you each time a cookie is sent to you. If your browser is set to reject cookies, you may not be able to use or access all or a portion of our Site or features or may not receive personalization on the Site. In addition, advertisers may not recognize you when you return to their site. The "Help" section of your browser will tell you how to prevent your browser from accepting cookies.

## How We Use Your Information

- We collect, retain and internally use information you provide us for various purposes, including, without limitation, to: correspond with you regarding our Site or services; inform you of developments in our company or with our services that we believe may be of interest to you; customize your use of the Site's services; send you breaking news alerts; monitor Site traffic patterns and Site usage; comply with applicable laws; enforce our Terms of Use or other agreements; maintain or administer the services, perform business analyses or for other internal purposes to improve the quality of our business, the Site and other products and services we offer; and protect the rights, property or safety of the Site, our users and others.
- The information, including the personal information, you provide to us may be used for any purpose we deem appropriate and may be given or disclosed to our affiliates, partners, vendors, advertisers, licensees and third parties. You acknowledge that you understand when you disclose personal information (*g.,* name, email address, zip code) on or in connection with your use of our services, such information can be monitored, collected and used by us or others and may result in unsolicited messages from other users or third parties.
- We may use demographic and preference information to allow advertising on the Site to be targeted to the users for whom they are most pertinent. This means users may see advertising that is most likely to interest them, and many advertisers send their messages to people who are most likely to be receptive, improving both the viewer's experience and the effectiveness of the advertising.
- We may use your information to show you relevant ads both on our services and elsewhere, and measure the effectiveness and reach of ads. To learn more about how you can opt out of interest-based advertising, please visit www.networkadvertising.org

## When We May Disclose Your Information

- We may provide your information, including your personal information, to third parties, such as service providers, contractors and advertisers, for a variety of purposes, including, without limitation, for direct marketing purposes. We reserve the right to disclose to third parties all of the information that we collect online about you and other visitors.

- We may disclose information we maintain when required to do so by law or may disclose such information in response to a request from a law enforcement agency or authority, subpoena, court order or legal process, or to establish or exercise our legal rights or defend against legal claims.
- We may share information with third parties in order to investigate, prevent, or take action regarding illegal activities, suspected fraud, situations involving potential threats to the physical safety of any person, violations of the Terms of Use or as otherwise required by law.
- In the future, we may sell, buy, merge or partner with other companies or businesses. In such transactions, we may include your information among the transferred assets.
- We may share your information with third party advertising companies to target and serve some of the advertisements that appear on our Site, and these companies likewise may use their own cookies, web beacons and similar technologies to collect information from users of our Site. These companies may use that information, sometimes in conjunction with similar information gathered from other websites, to deliver advertisements on this Site, tailored to match the interests of consumers. The collection and use of information by these companies is governed by the relevant third party's privacy policy and is not covered by our privacy policy. If you would like information on how to opt-out of these information collection practices, please visit http://www.networkadvertising.org/choices/.

### Links to Third Party Websites

Our Site may offer links to other websites, including links embedded in advertisements and links to various news sources that are not under the control of BREITBART. Such links to other websites may have information policies and practices different from ours. In addition, certain companies associated with the Site may have their own privacy policies. We do not own or control such companies and websites and are not responsible for the privacy policies or practices or the content of websites that we do not own or control.

### How We Protect Your Information

We use reasonable industry-accepted technology and controls to protect your data from disclosure to unauthorized third parties. Although these measures are typically effective, use of the Internet and related computer systems is inherently vulnerable to unauthorized access or "hacking." No guarantee can be given that all information you provide to us will not be accessed by unauthorized persons. Thus, please note that no method of transmission over the Internet or method of electronic storage is 100% secure.

### Changes to This Privacy Policy

This Privacy Policy may be amended from time to time. Any such changes will be posted on this page. Unless we obtain your express consent, any revised Privacy Policy will apply only to information collected after the effective date of such revised Privacy Policy, and not to information collected under any earlier Privacy Policy.

### Consent

By using this Site, you consent to our collection and use of personal information you choose to provide to us.

### Opting Out

If, at any time, you prefer not to receive email marketing information or newsletters from us, simply follow the unsubscribe options at the bottom of each email.

Users may opt-out of our disclosure of personal information to third parties for direct marketing purposes by submitting a request to privacy@breitbart.com. We are not responsible for requests not received. It is important to note that this opt-out does not prohibit disclosures made for non-marketing purposes, nor does it apply to any third party's use of your information to the extent that we have shared such information with

https://www.breitbart.com/privacy-policy/    Go    APR    MAY    JUN
3,912 captures    ◀ 04 ▶
15 Mar 2017 - 28 May 2020    2016    2017    2018    ▼ About this capture

## YOUR CALIFORNIA PRIVACY RIGHTS

California law permits our users who are California residents to request and obtain from us once a year, free of charge, information about the personally identifiable information (if any) we have disclosed to third parties for direct marketing purposes in the preceding calendar year. If applicable, this information would include a list of the categories of personal information that was shared and the names and addresses of all third parties with which we shared such information in the immediately preceding calendar year. If you are a California resident and would like to make such a request, please submit your request in writing to privacy@breitbart.com.

In addition, under California law, website operators are required to disclose how they respond to web browser "do not track" signals or other similar mechanisms that provide consumers with the ability to exercise choice regarding the collection of personally identifiable information of a consumer over time and across third party websites and apps, to the extent the operator engages in that collection. At this time, we do not track our customers' personally identifiable information over time and across third-party websites and apps. This law also requires website and app operators to disclose whether third parties may collect personally identifiable information about their users' online activities over time and across different websites and apps when the users use the operator's website or app. We do not knowingly permit third parties to collect personally identifiable information about an individual consumer's online activities over time and across different web sites and apps when a consumer uses our Site.

## Contact Us:

If you have any questions regarding this Privacy Policy, please contact us at webmaster@breitbart.com or send a written request to Brietbart News Network, c/o Webmaster, 149 S. Barrington Ave., #401, Los Angeles, CA 90049.

Copyright © 2017 Breitbart

SEARCH

ADVERTISE WITH US

EXPLORE BREITBART

Big Government
Big Journalism
Big Hollywood
National Security
Tech
Video
Sports
The Wires

London
Jerusalem
Texas
California

The Conversation
Privacy Policy
Terms of Use
Breitbart Jobs

CONNECT

Facebook
Twitter
RSS
Send us a tip

SUBSCRIBE TO THE
BREITBART NEWSLETTER