**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| FRANCESCA VIOLA, | |
| Plaintiff, | |
| vs. | Civil Action No.: 2:20-cv-01439-NIQA |
| JOSHUA BENTON and PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION), | |
| Defendants. | |

**DEFENDANT JOSHUA BENTON'S MOTION TO JOIN AND ADOPT
CODEFENDANT PRESIDENT AND FELLOWS OF HARVARD COLLEGE'S MOTION
TO DISMISS PLAINTIFF'S AMENDED COMPLAINT FOR
FAILURE TO STATE A CLAIM PURSUANT TO FED. R. CIV. P. 12(b)(6)**

In the interests of judicial economy, and because the identical issues and arguments apply to him, defendant Joshua Benton hereby moves to join and adopt, as though fully set forth at length herein, codefendant President and Fellows of Harvard College's ("Harvard") Motion to Dismiss Plaintiff's Amended Complaint for Failure to State a Claim Pursuant to Federal Rule of Civil Procedure 12(b)(6) (Dkt. No. 12).

For the reasons stated in Harvard's Motion to Dismiss regarding Plaintiff's failure to state a claim under Federal Rule of Civil Procedure 12(b)(6), as well as the Memoranda of Law in support of that Motion (Dkt. Nos. 12-1, 22), Mr. Benton moves to join in the said Motion to Dismiss Plaintiff's Amended Complaint.

Dated: October 20, 2020                                Respectfully submitted,


                                                                *s/ Jeremy D. Mishkin*
                                                                Jeremy D. Mishkin

(Pa. I.D. No. 30017)
Kendra Baisinger
(Pa. I.D. No. 91347)
MONTGOMERY, McCRACKEN,
WALKER & RHOADS, LLP
1735 Market St., 21st Floor
Philadelphia, Pennsylvania 19103
(215) 772-1500
(215) 772-7620 (fax)

*Attorneys for Defendant*
*Joshua Benton*

2

## **CERTIFICATE OF SERVICE**

I, Jeremy D. Mishkin, hereby certify that I caused the foregoing Motion to Join And Adopt Codefendant President and Fellows of Harvard College's Motion to Dismiss Plaintiff's Amended Complaint For Failure To State a Claim Pursuant to Fed. R. Civ. P. 12(b)(6) to be electronically filed with this Court and, thus, automatically served upon all counsel of record via this Court's ECF system.

Date:  October 20, 2020                    *s/ Jeremy D. Mishkin*
                                            Jeremy D. Mishkin