**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| FRANCESCA VIOLA, <br><br> Plaintiff, <br><br> vs. <br><br> JOSHUA BENTON and PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION), <br><br> Defendants. | Civil Action No.: 2:20-cv-01439-NIQA |

## <u>ORDER</u>

AND NOW, this _____ day of _____, 2020, upon consideration of Defendant Joshua Benton's Motion to Join and Adopt Codefendant President and Fellows of Harvard College's Motion to Dismiss Plaintiff's Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) (Dkt. No. 12), it is hereby ORDERED and DECREED that Mr. Benton's Motion to Join and Adopt Codefendant's Motion to Dismiss is GRANTED.

BY THE COURT:

_____
Quiñones Alejandro, J.