UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANCESCA VIOLA,<br><br>                Plaintiff,<br><br>   v.<br><br>JOSHUA BENTON, an individual; PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION),<br><br>                Defendants. | Civil Action No. 21-CV-10426-LTS<br><br>**MOTION FOR LEAVE<br>TO APPEAR *PRO HAC VICE*<br>BY DORRIAN H. HORSEY, ESQUIRE** |

      Plaintiff Francesca Viola, ("Plaintiff"), through her counsel, Randazza Legal Group, PLLC, hereby moves this Honorable Court for the admission of Dorrian H. Horsey pursuant to L.R. 85.5.3 and in support thereof avers as follows:

      1.      The undersigned counsel is a member of the bar in good standing before the United States District Court of Massachusetts, and my appearance is entered in this case on behalf of Plaintiff;

      2.      The undersigned counsel knows (or after reasonable inquiry believes) that the applicant is a member in good standing of the state and federal courts as indicated in the attached application form and that the applicant's private and personal character is good;

      3.      Plaintiff, Francesca Viola, is a resident of Pennsylvania;

      4.      Dorrian H. Horsey is a member of the bar in good standing in Ohio and has been since 2007;

      5.      Ms. Horsey is a member of the bar in good standing in North Carolina and has been since 2011;

      6.      Ms. Horsey has represented Plaintiff Francesca Viola for approximately three (3) years;

7. Ms. Horsey is familiar with Plaintiff Francesca Viola's matter and claims;

8. Plaintiff desires that Ms. Horsey represent her in this matter because she is knowledgeable concerning Plaintiff's circumstances and the facts underlying Plaintiff's claims and is therefore best situated to represent her interests.

WHEREFORE, for the reasons set forth herein, Plaintiff, by and through the undersigned counsel, respectfully requests this Honorable Court grant his Motion and enter an order in the form of the proposed Order attached hereto, granting Dorrian H. Horsey, admission to practice before this Court *pro hac vice* pursuant to L.R. 85.5.3.

Dated: April 22, 2021.   Respectfully Submitted,

/s/ Jay M. Wolman

Marc J. Randazza, BBO# 651477
mjr@randazza.com, ecf@randazza.com
Jay M. Wolman, BBO# 666053
jmw@randazza.com, ecf@randazza.com
RANDAZZA LEGAL GROUP, PLLC
30 Western Avenue
Gloucester, MA 01930
Tel: (978) 801-1776

Attorneys for Plaintiff
Francesca Viola

Civil Action No. 21-CV-10426-LTS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all parties this day by the Court's CM/ECF system.

Dated: April 22, 2021.                                         /s/ Jay M. Wolman

                                                                                                                        Jay M. Wolman