RANDAZZA LEGAL GROUP, PLLC
Marc J. Randazza, Esq.
Attorney Bar No. 651477
30 Western Avenue
Gloucester, MA 01930
(978) 801-1776
mjr@randazza.com
*Attorney for Plaintiff*

| | | |
|---|---|---|
| **FRANCESCA VIOLA** | : | UNITED STATUS DISTRICT COURT |
| | : | OF MASSACHUSETTS |
| *Plaintiff* | : | |
| | : | |
| v. | : | CASE NO. 21-CV-10426-LTS |
| | : | |
| **PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION)** | : : : | |
| | : | |
| *Defendants* | : | |
| | : | |

## CERTIFICATION OF DORRIAN H. HORSEY, ESQUIRE

I, Dorrian H. Horsey, the undersigned, am an attorney who is not currently admitted to either the bar of this Court or the bar of the Supreme Court of Massachusetts, and I hereby apply for admission to practice in this Court pursuant to L.R. 85.5.3.

1. I state that I am currently admitted to practice in the following state jurisdictions:

   a. State of Ohio            Admitted: 5/14/2007      Bar Number: 0081881

   b. State of North Carolina  Admitted: 9/16/2011      Bar Number: 43401

2. I state that I am currently admitted to practice in the following federal jurisdictions:

   a. Northern District of Ohio   Admitted: 8/04/2008    Bar Number: 0081881

   b. Western District of N.C.    Admitted: 2/27/2012    Bar Number: 43401

   c. Eastern District of N.C.    Admitted: 10/25/2011   Bar Number: 43401

3. I state that I am at present a member of the aforesaid bars in good standing, and that I will comport myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

4. I have never been suspended or disbarred from the practice of law, and I have never resigned from the practice of law as a result of any disciplinary charge, investigation, or proceeding in any jurisdiction. I have never had a *pro hac vice* admission revoked for misconduct.

5. I have in fact read the most recent edition of the Local Rules of the United States District Court for the District of Massachusetts, and agree to comply with all such rules and;

6. That if granted *pro hac vice* status, I will in good faith continue to advise counsel who has moved for the *pro hac vice* admission of the current status of the case for which *pro hac vice* status has been granted of all material developments therein.

7. I acknowledge that I am subject to discipline by the Supreme Judicial Court and the Board.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 12, 2021.

_____
DORRIAN H. HORSEY