UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANCESCA VIOLA,<br><br>    Plaintiff<br><br>    v.<br><br>JOSHUA BENTON and PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>    Defendants. | CIVIL ACTION<br>NO. 1:21-CV-10426-LTS |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME TO FILE ANSWER**

Defendants Joshua Benton and President and Fellows of Harvard College hereby move, with the assent of the plaintiff, for an extension of time within which to answer plaintiff's complaint until July 30, 2021.  As grounds for their motion, defendants state as follows:

1. On June 28, 2021, the Court entered its Order on Defendants' Motion to Dismiss (Dkt. 54).  Under Fed. R. Civ. P. 12(a)(4)(A), defendants' answers to the complaint are due on July 12, 2021.

2. Defendants request an extension of time until July 30, 2021 within which to answer the complaint.  The extension is requested to enable the defendants' counsel to engage in discussions with plaintiff's counsel concerning an amended complaint proposed by plaintiff.  Plaintiff assents to the request.

3. The requested extension will assist the parties in preparing for the Initial Scheduling Conference set for August 17, 2021 at 3:00 p.m. and may streamline the filing of responsive pleadings.

WHEREFORE, defendants, with the plaintiff's assent, request that the time within which defendants must answer plaintiff's complaint be extended until July 30, 2021.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE

By their attorneys,

*/s/Jonathan M. Albano*
Jonathan M. Albano, BBO #013850
jonathan.albano@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Federal Street
Boston, MA  02110-1726
+1.617.341.7700

**JOSHUA BENTON**

By his attorneys,

*/s/ Timothy J. Pastore*
Timothy J. Pastore, BBO #634538
tpastore@mmwr.com
**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**
437 Madison Avenue, 24th Floor
New York, NY 10022
T: (212) 551-7707

*/s/ Jeremy D. Mishkin*
Jeremy D. Mishkin (pro hac vice)
jmishkin@mmwr.com
**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**
1735 Market Street, 21st Floor
Philadelphia, PA 19103
+1-215-772-1500

July 12, 2021

## CERTIFICATE OF SERVICE

I, Jonathan M. Albano, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 12, 2021.

*/s/Jonathan M. Albano*
Jonathan M. Albano