UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANCESCA VIOLA, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>JOSHUA BENTON and PRESIDENT AND )<br>FELLOWS OF HARVARD COLLEGE, )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br>NO. 1:21-CV-10426-LTS |

**PLAINTIFF FRANCESCA VIOLA LOCAL RULE 16.1(d)(3) CERTIFICATE**

Pursuant to Local Rule 16.1(d)(3), Plaintiff Francesca Viola and undersigned counsel hereby certify that they have conferred:

(A) with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation; and

(B) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

*/s/ Andrew C. Stebbins*
Andrew C. Stebbins (0086387)
Minc LLC
200 Park Ave., Suite 200
Orange Village, Ohio 44122
Email: astebbins@minclaw.com

**Francesca Viola**


By: */s/ Francesca Viola*
Francesca Viola, Plaintiff

- 2 -

## CERTIFICATE OF SERVICE

I, Andrew C. Stebbins, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 12, 2021.

*/s/Andrew C. Stebbins*
Andrew C. Stebbins