UNTIED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANCESCA VIOLA,<br><br>    Plaintiff,<br><br>v.<br><br>JOSHUA BENTON and PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORP.),<br><br>    Defendants. | CIVIL ACTION<br>NO. 1:21-CV-10426-LTS |

## JOINT STIPULATED MOTION FOR PROTECTIVE ORDER

Discovery in this action has involved and is likely to involve production of confidential, proprietary, or private information for which special protection may be warranted. To expedite the flow of discovery materials, facilitate the prompt resolution of disputes over confidentiality, adequately protect material entitled to be kept confidential, and ensure that protection is afforded to material so entitled, the parties of this action, through their respective counsel, agree that a protective order is necessary.

The parties acknowledge that the proposed Stipulated Protective Order (attached hereto as **Exhibit 1**) is consistent with Civil Rule 26.

The parties agree that, except as specifically allowed by this Court's order, the Stipulated Protective Order shall otherwise remain in place.

Presented and Stipulated by:

| | |
|---|---|
| *FRANCESCA VIOLA* | *PRESIDENT AND FELLOWS OF HARVARD COLLEGE* |
| /s/ Dorrian H. Horsey | /s/ Jonathan M. Albano |
| Aaron M. Minc (0086718)* | Jonathan M. Albano, BBO #013850 |
| Dorrian H. Horsey (0081881)* | Andrew M. Buttaro, BBO #684499 |
| Minc LLC | Morgan, Lewis & Bockius, LLP |
| 200 Park Ave., Suite 200 | One Federal Street |
| Orange Village, Ohio 44122 | Boston, MA 02110-1726 |
| Phone: (216) 373-7706 | Phone: (617) 341-7700 |
| Email: aminc@minclaw.com | Email: |
| dhorsey@minclaw.com | jonathan.albano@morganlewis.com |
| | andrew.buttaro@morganlewis.com |

/s/ Jay M. Wolman
Marc J. Randazza, BBO #651477
Jay M. Wolman BBO# 666053
Randazza Legal Group, PLLC
30 Western Avenue
Gloucester, MA 01930
Phone: (978) 801-1776
Email: mjr@randazza.com

*JOSHUA BENTON*

/s/ Jeremy D. Mishkin
Jeremy D. Mishkin*
Kendra Baisinger*
Montgomery Mccracken
Walker & Rhoads, LLP
1735 Market Street, 21st Floor
Philadelphia, Pennsylvania 19103
Phone: (215) 772-1500
Email: jmishkin@mmwr.com
kbaisinger@mmwr.com

*\*Admitted Pro hac vice*

## CERTIFICATE OF SERVICE

      I, Dorrian H. Horsey, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                                         */s/Dorrian H. Horsey*  
                                                                         Dorrian H. Horsey