**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| FRANCESCA VIOLA, <br><br> *Plaintiff*, <br><br> v. <br><br> JOSHUA BENTON; PRESIDENT AND FELLOWS OF HARVARD COLLEGE, <br><br> *Defendants*. | Civil Action No. 1:21-10426-LTS |

**JOINT MOTION TO MODIFY SCHEDULING ORDER TO EXTEND**
**DISCOVERY DEADLINE FOR CERTAIN DEPOSITIONS**

Plaintiff Francesca Viola and Defendants Joshua Benton and President and Fellows of Harvard College (collectively, the "Parties") hereby jointly request that the Court extend the deadline for fact discovery to October 31, 2022 to accommodate the depositions of three witnesses and, as a result, also modify related subsequent deadlines. In support, the Parties state as follows.

**BACKGROUND**

1.      Under the current scheduling order, the depositions of Plaintiff and her husband, Conrad Kattner, must be completed by September 27. ECF Nos. 115, 116.

2.      On August 28, Defendants received medical records from Plaintiff's therapist, Dr. Jeannette M. Cutshaw, who treated Plaintiff from 2015 to 2022. The treatment records provided by Ms. Cutshaw did not include the period May 2018 (when Defendant Benton posted the tweets at issue in this case) through the summer of 2018. Ms. Cutshaw subsequently provided an affidavit (copy attached as "Exhibit A") attesting that some of Plaintiff's treatment records were accidentally destroyed. The records that were produced are primarily handwritten notes, many of which are illegible. The Parties have conferred regarding the legibility of the notes, and Plaintiff's

1

counsel has stated that Plaintiff does "not have a legible or typed version" of the notes.  Some of

the notes produced also contain redactions about which the parties are conferring.

3.      On September 15, Plaintiff produced documents in connection with the Court-

ordered motion to compel forensic imaging of Viola's computer.  ECF No. 108.  The vendor is

assisting the Parties in obtaining the records in a searchable format.  At the same time, the parties

are conferring about objections asserted by Plaintiff to producing certain of the imaged records,

which were produced in redacted form.

4.      Because of the timing of the productions, the need to confer about the Plaintiff's

objections to producing certain records, and the illegible partial production of Ms. Cutshaw's

records, the parties jointly request that the current discovery schedule be modified as follows:

**FACT DISCOVERY**

A.      The depositions of Plaintiff, her husband, and Ms. Cutshaw must be completed by

November 11, 2022 (extended from September 27, 2022), to permit the parties to obtain

the imaged documents in a searchable format, resolve issues concerning the scope of the

productions prior to the depositions, and obtain Ms. Cutshaw's testimony to supplement

her partial production of treatment records.

**EXPERT DISCOVERY**

A.      Trial experts for the party with the burden of proof must be designated and the

information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed by November 15,

2022 (extended from October 1, 2022).

B.      Rebuttal experts must be designated and the information contemplated by Fed. R.

Civ. P. 26(a)(2) must be disclosed by December 30, 2022 (extended from November 15,

2022).

C.      All trial experts must be deposed by February 15, 2023 (extended from January 31,

2023).

**DISPOSITIVE MOTIONS**

Dispositive motions such as motions for summary judgment or partial summary judgment

and motions for judgment on the pleadings must be filed by March 15, 2023 (extended

from February 15, 2023.


WHEREFORE, the Parties respectfully request that the Court grant their Joint Motion to

Modify the Scheduling Order to Extend Discovery Deadline for Certain Depositions.

Dated: September 27, 2022

| FOR PLAINTIFF | FOR DEFENDANTS |
|---|---|

*s/ Aaron M. Minc*

Aaron M. Minc, *pro hac vice*
 aminc@minclaw.com
Dorrian H. Horsey, *pro hac vice*
 dhorsey@minclaw.com
Daniel A. Powell, *pro hac vice*
 dpowell@mignclaw.com
**MINC LLC**
200 Park Avenue, Suite 200
Orange Village, OH 44122
Phone: (216) 373-7706
Fax: (440) 792-5327

Marc J. Randazza, BBO #651477
 mjr@randazza.com
**RANDAZZA LEGAL GROUP, PLLC**
30 Western Avenue
Gloucester, MA 01930
Phone: (978) 801-1776

Jay M. Wolman
 jmw@randazza.com
**RANDAZZA LEGAL GROUP, PLLC**
100 Pearl Street, 14th Floor
Hartford, CT 06103
Phone: (702) 420-2001

*Counsel for Plaintiff Francesca Viola*

*s/ Jonathan M. Albano*

Jonathan M. Albano, BBO #013850
 jonathan.albano@morganlewis.com
Andrew M. Buttaro, BBO #684499
 andrew.buttaro@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Federal Street
Boston, MA 02110-1726
Phone: (617) 341-7700
Fax: (617) 341-7701

*Counsel for Defendant President and Fellows
of Harvard College*

*s/ Jeremy D. Mishkin*

Jeremy D. Mishkin, *pro hac vice*
 jmishkin@mmwr.com
Kendra Lee Baisinger, *pro hac vice*
 kbaisinger@mmwr.com
**MONTGOMERY MCCRACKEN WALKER
& RHOADS LLP**
1735 Market Street, 21st Floor
Philadelphia, PA 19103
Phone: (215) 772-1500
Fax: (215) 772-7620

Timothy J. Pastore, BBO# 634538
 tpastore@mmwr.com
**MONTGOMERY MCCRACKEN WALKER
& RHOADS LLP**
437 Madison Avenue, 24th Floor
New York, NY 10022
Phone: (212) 551-7707
Fax: (212) 599-5085

*Counsel for Defendant Joshua Benton*

4

## <u>CERTIFICATE OF SERVICE</u>

I certify that on the date listed below, I electronically filed the foregoing document with the Court using the CM/ECF system, which sent notice of the filing to all registered participants, including the following counsel:

Aaron M. Minc
Dorrian H. Horsey
Daniel A. Powell
**MINC LLC**
200 Park Avenue, Suite 200
Orange Village, OH 44122

Marc J. Randazza
**RANDAZZA LEGAL GROUP, PLLC**
30 Western Avenue
Gloucester, MA 01930

Jay M. Wolman
**RANDAZZA LEGAL GROUP, PLLC**
100 Pearl Street, 14th Floor
Hartford, CT 06103

*Counsel for Plaintiff Francesca Viola*


Dated: September 27, 2022          *s/ Andrew M. Buttaro*
                                   Andrew M. Buttaro