**EXHIBIT A**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| FRANCESCA VIOLA, | |
| *Plaintiff*, | |
| v. | Civil Action No. 1:21-10426-LTS |
| JOSHUA BENTON; PRESIDENT AND FELLOWS OF HARVARD COLLEGE, | |
| *Defendants*. | |

<u>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Francesca Viola and Defendants Joshua Benton and President and Fellows of Harvard College hereby stipulate that all of Plaintiff's claims herein may be, and hereby are, dismissed with prejudice and without costs, all rights of appeal hereby being waived.

Dated: _____March 6_____, 2023

| FOR PLAINTIFF | FOR DEFENDANTS |
|---|---|

**FOR PLAINTIFF**

*s/* Aaron Minc
_____

Aaron M. Minc, *pro hac vice*
  aminc@minclaw.com
Dorrian H. Horsey, *pro hac vice*
  dhorsey@minclaw.com
Daniel A. Powell, *pro hac vice*
  dpowell@mignclaw.com
**MINC LLC**
200 Park Avenue, Suite 200
Orange Village, OH 44122
Phone: (216) 373-7706
Fax: (440) 792-5327

Marc J. Randazza, BBO #651477
  mjr@randazza.com
**RANDAZZA LEGAL GROUP, PLLC**
30 Western Avenue
Gloucester, MA 01930
Phone: (978) 801-1776

Jay M. Wolman
  jmw@randazza.com
**RANDAZZA LEGAL GROUP, PLLC**
100 Pearl Street, 14th Floor
Hartford, CT 06103
Phone: (702) 420-2001

*Counsel for Plaintiff Francesca Viola*

**FOR DEFENDANTS**

*s/* Jonathan Albano
_____

Jonathan M. Albano, BBO #013850
  jonathan.albano@morganlewis.com
Andrew M. Buttaro, BBO #684499
  andrew.buttaro@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Federal Street
Boston, MA 02110-1726
Phone: (617) 341-7700
Fax: (617) 341-7701

*Counsel for Defendant President and Fellows
of Harvard College*

*s/* Jeremy Mishkin
_____

Jeremy D. Mishkin, *pro hac vice*
  jmishkin@mmwr.com
Kendra Lee Baisinger, *pro hac vice*
  kbaisinger@mmwr.com
**MONTGOMERY MCCRACKEN WALKER
& RHOADS LLP**
1735 Market Street, 21st Floor
Philadelphia, PA 19103
Phone: (215) 772-1500
Fax: (215) 772-7620

Timothy J. Pastore, BBO# 634538
  tpastore@mmwr.com
**MONTGOMERY MCCRACKEN WALKER
& RHOADS LLP**
437 Madison Avenue, 24th Floor
New York, NY 10022
Phone: (212) 551-7707
Fax: (212) 599-5085

*Counsel for Defendant Joshua Benton*

## **CERTIFICATE OF SERVICE**

I certify that on the date listed below, I electronically filed the foregoing document with

the Court using the CM/ECF system, which sent notice of the filing to all registered participants.


Dated: __March 6__, 2023                    _s/_   Aaron Minc
                                          _____